UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN RE:**
Miscellaneous Jewelry
(Value $7,896.00)
23-FBI-005911

**Misc. No.:** 2:23-mc-51742
**Honorable:** Jonathan J.C. Grey

Defendants *in Rem.*

---

### Notice of Resolution of Miscellaneous Matter

---

On June 12, 2025, this Court entered an Order extending the time to file forfeiture complaint and toll filing deadline until November 13, 2025. (ECF No. 8). On November 10, 2025, Defendants *in Rem* were included in Preliminary Order of Forfeiture in a criminal case against the claimants Nicole Wilski and James Rahaim (*U.S. v. Nicole U. Wilski*, et al, 2:25-cr-20347).

The government provides notice that it will not be seeking any further extensions of the CAFRA deadline.  The matter has been resolved through forfeiture proceedings in the criminal case and this miscellaneous matter can be closed.

Respectfully submitted,

JEROME F. GORGON
United States Attorney

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9562
Catherine.Morris@usdoj.gov

## **Certificate of Service**

I hereby certify that on July 29, 2026, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9562
Catherine.Morris@usdoj.gov